IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RICKY W. MOORE,     *

    Plaintiff,     *

vs.     *

          CASE NO. 4:10-CV-91 (CDL)

ANTHONY WASHINGTON, AHMED     *
HOLT, and JERRY JEFFERSON,
    *
    Defendants.
    *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, including consideration of Plaintiff's objections, the Court adopts in part and rejects in part the Report and Recommendation filed by the United States Magistrate Judge on September 1, 2010. The Court adopts that part of the Magistrate Judge's Report and Recommendation that recommends dismissal of Plaintiff's "ant bite clam" as frivolous. Accordingly, that claim is dismissed. As to Plaintiff's claim that he faces imminent harm because of "gang related threats" to which Defendants are allegedly deliberately indifferent, the Court remands this action to the Magistrate Judge with direction that the Magistrate Judge order Plaintiff to amend his complaint to set out in detail all facts supporting his allegations that he faces imminent harm due to Defendants' alleged deliberate indifference. Upon receiving the amended complaint, the Magistrate Judge should reevaluate whether Plaintiff's Complaint should be dismissed.

IT IS SO ORDERED, this 1st day of October, 2010.

S/Clay D. Land  
CLAY D. LAND  
UNITED STATES DISTRICT JUDGE